# MEMO ENDORSED

**THE PORT AUTHORITY** OF NY & NJ

Law Department

4 World Trade Center
150 Greenwich Street
New York, NY 10007

January 3, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/06/2020

**VIA ECF**
Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

Re: Edward Metz, Jr. v. Port Authority Trans-Hudson Corporation
Docket No.: 19-CV-02913 (PAE)

Dear Judge Parker:

This office represents the defendant, Port Authority Trans-Hudson Corporation ("PATH"), in the above-referenced matter. We write to respectfully request an adjournment of the Pre-Settlement Submissions and Settlement Conference, presently scheduled for January 20, 2020 and January 27, 2020, respectfully. We are submitting this request as I have an unforeseen conflicting court conference in the Southern District and because my client is also unable to appear. We have conferred with plaintiff's counsel and they consent to the request. There has been one previous request for adjournment, which was granted on October 15, 2019.

The parties have reviewed their respective calendars and propose the following dates for the rescheduled Settlement Conference: February 3, 2020; February 10, 2020; and February 24, 2020.

We thank the Court for your courtesies and attention to this matter.

Respectfully submitted,

By: /s/ Jonathan I. Smith
Jonathan I. Smith, Esq.
Direct: (212) 435-3474

cc: Philip P. Vogt, Esq. (via ECF)

**APPLICATION GRANTED**

_Katharine H. Parker_
Hon. Katharine H. Parker, U.S.M.J.
01/06/2020

**APPLICATION GRANTED:** The settlement conference in this matter currently scheduled for Monday, January 27, 2020 at 10:00 a.m. is rescheduled to **Monday, February 3, 2020 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **Monday, January 27, 2020 by 5:00 p.m.**