UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
                                                  :
EDWARD METZ, JR.,                                 :
                                                  :    19 Civ. 2913 (PAE)
                      Plaintiff,     :
                                                  :    ORDER
            -v-                    :
                                                  :
PORT AUTHORITY TRANS-HUDSON                       :
CORP.,                                            :
                                                  :
                      Defendant.     :
                                                  :
------------------------------------------------------------------- X

PAUL A. ENGELMAYER, District Judge:

    As a result of a conflict with a criminal trial, the case management conference currently scheduled for January 21, 2020 is adjourned to February 12, 2020 at 2:30 p.m. The Court directs the parties to review its Individual Rules relating to post-discovery case management conferences, including Individual Rule 3(H). The settlement conference before Magistrate Judge Katharine H. Parker remains scheduled for February 3, 2020.

    SO ORDERED.

                                                             *Paul A. Engelmayer*
                                                             Paul A. Engelmayer
                                                              United States District Judge

Dated: January 7, 2020
       New York, New York